**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **RALPH WHITTINGTON,** | } | **CASE NO. 2:12CV701** |
| | } | |
| **Plaintiff,** | } | **JUDGE MARBLEY** |
| | } | |
| **v.** | } | **PLAINTIFF'S DISMISSAL WITH** |
| | } | **PREJUDICE** |
| **PORTFOLIO RECOVERY** | } | |
| **ASSOCIATES, LLC,** | } | |
| | } | |
| **Defendant.** | } | |
| _____/ | | |

     **NOW COMES** Plaintiff Ralph Whittington, by and through undersigned counsel, and

hereby respectfully requests that this Court dismiss the above captioned case with prejudice.

               Respectfully submitted,

               **KAHN & ASSOCIATES, LLC**

               */s/ J. Daniel Scharville*
               _____
               **J. DANIEL SCHARVILLE (0071132)**
               dscharville@kahnandassociates.com
               6200 Rockside Woods Blvd., Suite 215
               Cleveland, Ohio 44131
               216.621.6101 Telephone
               216.621.6006 Facsimile

               Attorney for Plaintiff